PEOPLE, Appellant, v. HASSAN et al., Respondents.

(Common Pleas of New York City and County, General Term.   January 6, 1893.)

Action by the people of the state of New York against James Hassan and Joseph Finnerty.
Louis Hanneman, for the State.
Joseph H. Steiner, for respondents.
No opinion.  Motion to discharge judgment entered on a forfeited recognizance.   The defects noted at the November general term having been supplied on this application, and as it now appears that the people have suffered no damage, the application will be granted.   See 20 N. Y. Supp. 859.

CUNARD, Appellant, v. MANHATTAN RY. CO., Respondent.

(Common Pleas of New York City and County, General Term.   January 6, 1893.)

Action by Gordon Cunard against the Manhattan Railway Company.
John A. Weeks, Jr., for appellant.
Davies & Rapallo, for respondent.
No opinion.   Motion for reargument denied, with $10 costs.  See 20 N. Y. Supp. 724.

VAN TASSEL, Appellant, v. NEW YORK, L. E. & W. R. CO., Respondent.

(Common Pleas of New York City and County, General Term.   January 6, 1893.)

Action by John Van Tassel against New York, Lake Erie & Western Railroad Company.
Buchanan & Steele, for appellant.
Smith, Bowman & Olse, for respondent.
No opinion.   Motion for reargument denied, with $10 costs.  See 20 N. Y. Supp. 708, 715.

PEOPLE, Appellant, v. WOLFF et al., Respondents.

(Common Pleas of New York City and County, General Term.   January 6, 1893.)

Action by the people of the state of New York against Soloman Wolff and Isaac Goldstein.
De Lancy Nicoll, for the State.
Alex S. Rosenthal, for respondents.
No opinion.   Motion to vacate judgment entered on a forfeited recognizance granted.

MANHEIM, Appellant, v. LOWENTHAL, Respondent.

(Common Pleas of New York City and County, General Term.   January 6, 1893.)

Action by Leopold Manheim against Monitz Lowenthal,
A. H. Berrich, for appellant.
Eugene Cohen, for respondent.
No opinion.   Motion for restitution denied, with $10 costs to abide the event.  See 20 N. Y. Supp. 986, mem.

BAKER, Appellant, v. CODDING et al., Respondents.

(Common Pleas of New York City and County, General Term.   January 9, 1893.)

Appeal from city court, general term.
Action by Ebenezer T. Baker against D. Edgar Codding and another.
Geo. C. Carleton, for appellant.
Douglass & Minton, for respondents.
No. opinion.   Appeal dismissed, with costs.   For decision of the general term of the city court, see 18 N. Y. Supp. 159.